# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

UNITED STATES OF AMERICA,

        **Plaintiff,**

    v.                               **CASE NO.**  22-20026-DDC-ADM
                                             **Filed Under Seal**

CHRISTOPHER PRYOR,

        **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

### FELON IN POSSESSION OF A FIREARM
### [18 U.S.C. § 922(g)]

On or about April 26, 2022, in the District of Kansas, the defendant,

## CHRISTOPHER PRYOR,

knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: in 2016, Felon in Possession of a Firearm, in the United States District Court for the District of Kansas, Case No. 2:15-cr-20014-JAR; knowingly possessed a Glock model 30, .45 caliber pistol with serial number SEE397, a firearm, in and

affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE NOTICE

1.      The allegations contained in Count 1 of this Indictment are hereby reblled and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2.      Upon conviction of one or more of the offenses set forth in Count 1 of this Indictment, the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms or ammunition involved in the commission of the offense, including, but not limited to:

      A.      a Glock model 30, .45 caliber pistol with serial number SEE397; and

      B.      Any accompanying ammunition.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL.


June 29, 2022                         s/Foreperson

DATE                                 FOREPERSON OF THE GRAND JURY


DUSTON J. SLINKARD

UNITED STATES ATTORNEY

By: /s/ Michelle McFarlane
MICHELLE MCFARLANE
Special Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas  66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email: Michelle.McFarlane@usdoj.gov
Ks. S. Ct. No. 26824

| |
|---|
| IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS |

## PENALTIES

### Count 1 [Felon in Possession of a Firearm]

- Punishable by a term of imprisonment of not more than ten (10) years.  18 U.S.C. § 924(a)(2).

- A term of supervised release of not more than three (3) years.  18 U.S.C. § 3583(b)(2).

- A fine not to exceed $250,000.  18 U.S.C. § 3571(b)(3).

- A mandatory special assessment of $100.00.  18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.