## CLERK'S COURTROOM MINUTE SHEET – CRIMINAL

### SENTENCING

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

v.               Case No. 22-20026-01-DDC

**CHRISTOPHER PRYOR (01),**

       **Defendant.**

**Attorney for Government: Trent M. Krug**
**Attorney for Defendant: David M. Magariel**

| JUDGE: | Daniel D. Crabtree | DATE: | 8/24/2023 |
|---|---|---|---|
| | | | 8/31/2023 |
| CLERK: | Megan Garrett | TAPE/REPORTER: | Kim Greiner |
| INTERPRETER: | | PRETRIAL/PROBATION: | Paula Heschmeyer, Amanda Hudson |

☒  For Details of Sentence See Judgment and Commitment Order

☐  Restitution Ordered under 18:3663    $ _____ on count(s)
                                                                  $ _____ on count(s)

☐  **Total Restitution:**    $ _____

☐  Defendant Fined    $ _____ on count(s)
                             $ _____ on count(s)

☐  **Total Fine:**    $ _____

☒  Defendant Assessed under 18:3013    $ 100.00 on count 1 of Indictment
                                                   $ _____ on count(s)
                                                   $ _____ on count(s)

☒  **Total Assessment:**    **$ 100.00**

☐  Count(s) of Indictment dismissed by the court on the motion of the United States without objection.
☒  Government  ☒  Defendant   - Advised of right to appeal
☐  Defendant to voluntarily surrender.
☒  Defendant remanded to custody.
☐  Stay of Execution   ☐  Granted   ☐  Denied
☒  Notes:

<u>August 24, 2023</u>
Defendant appears in custody with counsel.  The court hears from counsel.  The court continues the sentencing hearing to August 31, 2023, at 1:30 p.m.

<u>August 31, 2023</u>
Defendant appears in custody with counsel.  Defendant's Objection No. 1 to the Presentence Investigation Report – OVERRULED as set forth in full on the record.  The court accepts and approves the parties' plea agreement.  Defendant is sentenced to the custody of the Bureau of Prisons for a term of 30 months to be followed by 3 years of supervised release.  The court recommends designation to MCFP Springfield or FCI Forrest City on defendant's request.