#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 22CR20026 |
| | ) |
| **Christopher Pryor** | ) |
| | ) |
| **Defendant.** | ) |

### ORDER TO WITHDRAW SUPERVISED RELEASE VIOLATION

**NOW ON THIS** 11th day of December 2025, the above-entitled matter comes before the Court at the request of the U.S. Probation Office for an Order withdrawing the previously filed violation and allowing the defendant to continue his term of supervision.

On December 20, 2024, a Petition for Warrant or Summons was filed. On 06/16/2025 the Petition was amended, and Mr. Pryor appeared for his initial appearance before Honorable Magistrate Judge Teresa J. James. Mr. Pryor was detained pending his Detention Hearing and Preliminary Hearing. On 06/20/2025, Mr. Pryor was remanded to custody pending fulfillment of release requirements and inpatient drug treatment bed space availability. On 0716/2025, Status Conference held, upon graduating inpatient treatment defendant will transfer to Oxford House. Conditions of release remain the same. On 07/21/2025, Mr. Prior successfully complete inpatient drug treatment at Mirror and was released to attend intensive outpatient treatment at Mirror and reside at the Oxford House.  On 09/22/2025, Final Revocation Hearing continued to 11/18/2025. On 11/13/2025, Final Revocation hearing continued to 12/16/2025.

Mr. Pryor has provided negative drug screens and has not incurred any violations since his last appearance in court; therefore, the U.S. Probation Office is requesting to withdraw the previously filed petition and continue Mr. Pryor's on his term of supervised release. The defendant's term of supervised release is set to expire on 04/10/2028.

**IT IS ORDERED** that the Probation Form 12C, "Request for Warrant or Summons for Offender under Supervision," is withdrawn, and the defendant's term of supervised release is allowed to continue.

Dated this __12th__ day of December 2025.

                                              s/ Daniel D. Crabtree
                                              Honorable Daniel D. Crabtree